ADANTE POINTER, ESQ., 236229
PATRICK BUELNA, ESQ., SBN 317043
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
1901 Harrison St., Suite 1140
Oakland, California 94612
Tel: (510) 929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BELLE LIN, individually<br><br>Plaintiff,<br><br>v.<br><br>CITY of RICHMOND, a municipal corporation; DOES 1-25, inclusive.<br><br>Defendants. | Case No.: 3:21-cv-01028<br><br>COMPLAINT FOR DAMAGES<br>(42 U.S.C § 1983)<br><br><br>JURY TRIAL DEMANDED |

### INTRODUCTION

1. On May 30, 2020, journalist Sarah Belle Lin was documenting a protest of the murder of George Floyd in Oakland, when she was unlawfully shot with a rubber bullet and seriously injured by a yet-to-be-identified Richmond police officer. The officer fired upon Ms. Lin as she was crossing a street alone despite the fact she was wearing her press badge, had her camera slung across her neck, and was not committing any crimes.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 1

2. After Plaintiff was struck by the rubber bullet, she approached the group of officers and demanded to know who had shot her and why. None of the police officers responded or offered her medical assistance. As a result, Plaintiff has been forced to file this lawsuit to identify the officer who shot her, the reason for doing it and to hold the officers accountable for causing unjustifiable physical and emotional trauma. Below is a picture of the injury she suffered:



## JURISDICTION

3. This action arises under Title 42 of the United States Code, Section 1983. Title 28 of the United States Code, Sections 1331 and 1343 confers jurisdiction upon this Court. The unlawful acts and practices alleged herein occurred in Oakland, California, which is within this judicial district. Title 28 United States Code Section 1391(b) confers venue upon this Court.

## PARTIES

4. Plaintiff SARAH BELLE LIN sues in her individual capacity. Plaintiff is, and at all times herein mentioned, a citizen of the United States.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 2

5. Defendant CITY OF RICHMOND is and at all times herein mentioned a municipal entity duly organized and existing under the laws of the State of California that manages and operates the CITY OF RICHMOND POLICE DEPARTMENT and trained, supervises and employs its officers.

6. Plaintiff is ignorant of the true names and/or capacities of Defendants sued herein as DOES 1 through 25, inclusive, and therefore sue said Defendants by such fictitious names. Plaintiff will amend this complaint to allege the true names and capacities when ascertained. Plaintiff believes and alleges that each of the DOE Defendants is legally responsible and liable for the incident, injuries and damages hereinafter set forth. Each Defendant proximately caused injuries and damages because of his/her negligence, breach of duty, negligent supervision, management or control, and violation of public policy. Each Defendant is liable for his/her personal conduct, vicarious or imputed negligence, fault, or breach of duty, whether severally or jointly, or whether based upon agency, employment, ownership, entrustment, custody, care or control or upon any other act or omission. Plaintiff will ask leave to amend this complaint subject to further discovery.

7. In doing the acts alleged herein, Defendants, and each of them acted within the course and scope of their employment for the CITY OF RICHMOND.

8. Plaintiff filed a timely government claim against the City of Richmond, which was rejected.

## FACTUAL ALLEGATIONS

9. On May 30, 2020 at around 11:20 p.m., independent journalist Ms. Sarah Belle Lin arrived at Latham Plaza in Downtown Oakland to document a George Floyd protest with her cell

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 3

phone and camera. Ms. Lin was wearing a press badge to identify her constitutionally protected right to work as a member of the press at the scene.

10. The City of Oakland called for mutual aid from the City of Richmond Police Department, the Contra Costa County Sherriff's Department and/or other law enforcement agencies to assist the Oakland Police Department with supervising the protest.

11. Upon her arrival Ms. Lin noticed a person sitting on the ground some distance from the line of police. Ms. Lin walked toward the individual. As she was approaching the person, she heard police officers fire, what sounded to her, like rubber bullets.

12. Ms. Lin walked back to Latham Square where she stood on top of a small bench to get a better view of the interactions between police officers and protesters. A few minutes passed when Ms. Lin decided to walk to the other side of the street for a different vantage point. As she crossed the street, Ms. Lin heard multiple bullets fly around her, one struck her in her inner right thigh.

13. The intense shock and pain of the impact brought Ms. Lin to the ground. She managed to stand and make her way to the sidewalk opposite Latham Plaza to recuperate. However, moments later, a seriously injured Ms. Lin found herself being forcefully shoved forward by police using their riot shields.

14. Ms. Lin suffered and continues to suffer from the injuries caused by the Richmond officer's callous and unlawful conduct. For example, she was unable to walk without excruciating pain for several weeks and suffered nerve damage from the direct impact of the rubber bullet. The injury has affected her ability to perform her duties as a journalist which has resulted in a significant loss of income and employment opportunities.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 4

15. Plaintiff requested the names of the officers involved from the City of Oakland, but they did not disclose the names or reports. However, the City of Oakland did indicate the police officer was a Richmond Police Officer.

16. Plaintiff requested the name of the officers involved from the City of Richmond, and they also refused to disclose the name of the Richmond officer.

## DAMAGES

17. As a proximate result of the actions of the Defendants Plaintiff suffered a violation of her First and Fourth Amendment rights, unlawful detention, and battery. Plaintiff suffered physical injury, emotional distress, fear, terror, anxiety, humiliation, and the loss of her sense of security, dignity, and pride as a United States citizen.

18. The conduct of Defendants were malicious, wanton, and oppressive. Plaintiff is therefore entitled to an award of punitive damages against the individual Defendants.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION
(Violation of the 1st Amendment of the U.S.)
(*Plaintiff against Does 1-25*)

19. Plaintiff hereby re-alleges and incorporates by reference, each and every paragraph of this Complaint.

20. At all times relevant herein, Plaintiff had a right to free speech, press, and peaceful assembly.

21. Upon information and belief, Defendants chose to and/or used excessive force to prevent Plaintiff from exercising her right to document public protests as a member of the press and in retaliation for her presence at the protest.

22. As a result of their misconduct, Defendants are liable for Plaintiff's physical, mental

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 5

and emotional injuries as well as her pecuniary losses, either because they were integral participants, or because they failed to intervene to prevent these violations.

WHEREFORE, Plaintiff prays for relief as herein set forth.

**SECOND CAUSE OF ACTION**
**(Fourth Amendment – Unlawful Detention/Arrest under 42 U.S.C. Section 1983)**
*(Plaintiff against Does 1-25)*

23. Plaintiff hereby re-alleges and incorporates by reference each and every paragraph of this Complaint.

24. When Defendant Does shot Ms. Lin with a nonlethal round they issued lawful warnings and/or instructions. Furthermore, Plaintiff had not committed any crimes. Therefore, Defendants' use of force and detention of Plaintiff was an unlawful seizure that violated both their training, the law and Plaintiff's constitutional rights under the Fourth Amendment.

25. As a result of their misconduct, Defendants are liable for Plaintiff's injuries.

WHEREFORE, Plaintiff prays for relief as herein set forth.

**THIRD CAUSE OF ACTION**
**(Fourth Amendment – Excessive Force under 42 U.S.C §1983)**
*(Plaintiff against Does 1-25)*

26. Plaintiff hereby re-alleges and incorporates by reference each and every paragraph of this Complaint.

27. When Defendant DOE 1 shot and seriously injured Ms. Lin without reason, legal justification or threat, the yet-to-be-named officer used unreasonable force depriving Ms. Lin of her right to be secure in her person against unreasonable searches and seizures as guaranteed to Ms. Lin under the Fourth Amendment of the United States Constitution. Moreover, none Ms. Lin's behavior warranted violence or force. Ms. Lin did not pose any threat or use any force against Defendant Does 1-25.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 6

28. Defendant DOE 1 did not have a lawful basis to use force against Ms. Lin, which is in violation of their training and Ms. Lin's constitutional rights under the Fourth Amendment. As a result of misconduct, Defendant Does 1-25 are liable for Ms. Lin's injuries.

WHEREFORE, Plaintiff prays for relief as herein set forth.

### FOURTH CAUSE OF ACTION
### (Battery – Violation of CALIFORNIA PENAL CODE §242)
*(Plaintiff against CITY OF RICHMOND & Does 1- 25)*

29. Plaintiff hereby re-alleges and incorporates by reference each and every paragraph of this Complaint.

30. Defendant Does 1-25, while working in his capacity as a City of Richmond police officer, and acting within the course and scope of his duties, intentionally injured Plaintiff without a lawful basis.

31. As a result of the actions of the Defendants, Plaintiff suffered physical injuries. Defendants and Does did not have legal justification for using force against Plaintiff, and Defendants' use of force while carrying out their duties was an unreasonable use of force.

32. Defendant City of Richmond is vicariously liable, pursuant to California Government Code §815.2, for the violation of rights by its employees and agents.

33. As a direct and proximate result of Defendants' battery of Plaintiff, Plaintiff sustained injuries and damages, and are entitled to relief as set forth above.

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

### FIFTH CAUSE OF ACTION
### (Negligence)
*(Plaintiff against CITY OF RICHMOND & Does 1– 25)*

34. Plaintiff hereby re-alleges and incorporates by reference each and every paragraph of this Complaint.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 7

35. At all times, Defendant Does 1– 25 owed Plaintiff to act with due care in the execution and enforcement of any right, law, or legal obligation.

36. At all times, Defendant Does 1– 25 owed Plaintiff a duty to act with reasonable care.

37. These general duties of reasonable care and due care owed to Plaintiff by Defendant includes but are not limited to the following specific obligations:

    a. To refrain from using excessive and/or unreasonable force against Plaintiff;

    b. To refrain from unreasonably creating the situation where force, including but not limited to excessive force is used;

    c. To refrain from abusing their authority granted to them by law;

    d. To refrain from violating Plaintiff's rights guaranteed by the United States and California Constitutions, as set forth above, and as otherwise protected by law.

38. Defendants, through their acts and omissions, breached each and every one of the aforementioned duties owed to Plaintiff.  Here, Defendant Does 1– 25 targeted Plaintiff with his use of excessive force. Despite Plaintiff posing no threat to Defendants, Defendant Does 1– 25 unlawfully shot Plaintiff in her thigh with a rubber bullet, causing significant injuries.

WHEREFORE, Plaintiff prays for relief as herein set forth.

### SIXTH CAUSE OF ACTION
### (Cal. Civ. Code §52.1 – Bane Act)
*(Plaintiff against City of Richmond & Does 1– 25)*

39. Plaintiffs re-allege and incorporate by reference paragraphs EACH and EVERY paragraph of this Complaint.

40. By their conduct described herein, Defendants and Does 1-50, acting in concert/conspiracy, as described above, violated Plaintiff's rights under California Civil Code §52.1, and the following clearly-established rights under the United States Constitution and the California Constitution:

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 8

a. Plaintiff's right to be free from unreasonable searches and seizures as secured by the Fourth Amendment to the United States Constitution and by Article I, § 13 of the California Constitution;

b. Plaintiff's right to be free from excessive and unreasonable force in the course of arrest or detention, as secured by the Fourth Amendment to the United States Constitution and by Article 1, § 13 of the California Constitution;

c. Plaintiff's right to free assembly and press as secured by the First & Fourteenth Amendment to the United States Constitution and by Article 1, § 13 of the California Constitution;

41. Excessive force, which violates the Fourth Amendment, also violates the Bane Act. Defendants' use of unlawful force against Plaintiff, in and of itself, satisfies the "by threat, intimidation, or coercion" requirement of the Bane Act.

42. Further, any volitional violation of rights done with reckless disregard for those rights also satisfies the "by threat, intimidation, or coercion" requirement of the Bane Act. All of Defendants' violations of duties and rights were volitional, intentional acts, done with reckless disregard for Plaintiffs' rights; none was accidental or merely negligent.

43. Alternatively, Defendants violated Plaintiffs' rights by the following conduct constituting threat, intimidation, or coercion that was above and beyond any lawful seizure or use of force:

d. Threatening Plaintiff in the absence of any threat presented by Plaintiff or any justification whatsoever;

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 9

e.  Using deliberately reckless and provocative tactics to apprehend Plaintiff in violation of generally accepted law enforcement training and standards, and in violation of Plaintiff's rights;

f.  Defendant striking and/or physically accosting Plaintiff in the absence of any threat or need for such force;

g.  Threatening violence against Plaintiff, with the apparent ability to carry out such threats, in violation of Civ. Code § 52.1(j);

h.  Using excessive, unreasonable and unjustified force against Plaintiff while they attempted to comply with the officers;

i.  Failing to intervene to stop, prevent, or report the unlawful seizure and use of excessive and unreasonable force by other officers;

j.  Violating multiple rights of Plaintiff;

44. Arresting Plaintiff for no reason.

45. Defendant CITY is vicariously liable for the wrongful acts and omissions of its employees and agents pursuant to Cal. Gov. Code section 815.2.

46. As a direct and proximate result of Defendants' violation of California Civil Code §52.1 and of Plaintiffs' rights under the United States and California Constitutions, Plaintiff sustained injuries and damages, and against all Defendants and is entitled to relief as set forth above, including punitive damages against Defendants and Does 1-50, and including all damages allowed by California Civil Code §§ 52, 52.1, and California law, not limited to costs, attorneys fees, treble damages, and civil penalties.

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 10

## JURY DEMAND

47. Plaintiff hereby demands a jury trial in this action.

## PRAYER

Wherefore, Plaintiff prays for relief, as follows:

1. For general damages in a sum according to proof;
2. For special damages in a sum according to proof;
3. For punitive damages against yet-to-be-identified DOES 1 – 25;
4. All other damages, penalties, costs, interest, and attorney fees as allowed by 42 U.S.C. §§1983 and 1988, Cal. Civil Code §§52 et seq., 52.1, and as otherwise may be allowed by California and/or federal law against Defendants.
5. For cost of suit herein incurred; and
6. For such other and further relief as the Court deems just and proper.

Date: February 10, 2021                          Respectfully submitted,

**POINTER & BUELNA, LLP**

**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
ADANTE D. POINTER
COUNSEL FOR PLAINTIFF

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 11