KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendant
CITY OF RICHMOND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BELLE LIN, individually<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, a municipal corporation; DOES 1-25, inclusive<br><br>Defendants. | Case No. 3:21-cv-01028-LB<br><br>**DEFENDANT CITY OF RICHMOND'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Hon. Laurel Beeler<br><br>Trial:      TBD |

### I.      INTRODUCTION

1.      Paragraph 1 is an Introduction, to which no response is required. To the extent a response is deemed required, Defendant responds as follows: in answer to the allegations of Paragraph 1 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

2.      Paragraph 2 is an Introduction, to which no response is required. To the extent a response is deemed required, Defendant responds as follows: in answer to the allegations of Paragraph 2 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

429222.2

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  II.   **JURISDICTION**

2      3.      Admitted.

3  III.  **PARTIES**

4      4.      In answer to the allegations of Paragraph 4 of the complaint, this Defendant has

5  insufficient information or belief to enable it to answer said allegations, and for that reason and

6  basing its denial on that ground, denies both generally and specifically, each and every, all and

7  singular, the allegations contained therein.

8      5.      Admitted.

9      6.      In answer to the allegations of Paragraph 6 of the complaint, this Defendant has

10 insufficient information or belief to enable it to answer said allegations, and for that reason and

11 basing its denial on that ground, denies both generally and specifically, each and every, all and

12 singular, the allegations contained therein.

13     7.      In answer to the allegations of Paragraph 7 of the complaint, this Defendant has

14 insufficient information or belief to enable it to answer said allegations, and for that reason and

15 basing its denial on that ground, denies both generally and specifically, each and every, all and

16 singular, the allegations contained therein.

17     8.      In answer to the allegations of Paragraph 8 of the complaint, this Defendant has

18 insufficient information or belief to enable it to answer said allegations, and for that reason and

19 basing its denial on that ground, denies both generally and specifically, each and every, all and

20 singular, the allegations contained therein.

21 IV.   **FACTUAL ALLEGATIONS**

22     9.      In answer to the allegations of Paragraph 9 of the complaint, this Defendant has

23 insufficient information or belief to enable it to answer said allegations, and for that reason and

24 basing its denial on that ground, denies both generally and specifically, each and every, all and

25 singular, the allegations contained therein.

26     10.     In answer to the allegations of Paragraph 10 of the complaint, beginning and

27 ending with "The City of Oakland called for mutual aid from the City of Richmond Police

28 Department," admitted. In answer to all remaining allegations of Paragraph 10 of the complaint,

2

**DEFS ANSWE TO PLTF.'S COMPLAINT**
3:21-CV-01028

429222.2

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   this Defendant has insufficient information or belief to enable it to answer said allegations, and

2   for that reason and basing its denial on that ground, denies both generally and specifically, each

3   and every, all and singular, the allegations contained therein.

4          11.     In answer to the allegations of Paragraph 11 of the complaint, this Defendant has

5   insufficient information or belief to enable it to answer said allegations, and for that reason and

6   basing its denial on that ground, denies both generally and specifically, each and every, all and

7   singular, the allegations contained therein.

8          12.     In answer to the allegations of Paragraph 12 of the complaint, this Defendant has

9   insufficient information or belief to enable it to answer said allegations, and for that reason and

10  basing its denial on that ground, denies both generally and specifically, each and every, all and

11  singular, the allegations contained therein.

12         13.     In answer to the allegations of Paragraph 13 of the complaint, this Defendant has

13  insufficient information or belief to enable it to answer said allegations, and for that reason and

14  basing its denial on that ground, denies both generally and specifically, each and every, all and

15  singular, the allegations contained therein.

16         14.     In answer to the allegations of Paragraph 14 of the complaint, this Defendant has

17  insufficient information or belief to enable it to answer said allegations, and for that reason and

18  basing its denial on that ground, denies both generally and specifically, each and every, all and

19  singular, the allegations contained therein.

20         15.     In answer to the allegations of Paragraph 15 of the complaint, this Defendant has

21  insufficient information or belief to enable it to answer said allegations, and for that reason and

22  basing its denial on that ground, denies both generally and specifically, each and every, all and

23  singular, the allegations contained therein.

24         16.     In answer to the allegations of Paragraph 16 of the complaint, this Defendant has

25  insufficient information or belief to enable it to answer said allegations, and for that reason and

26  basing its denial on that ground, denies both generally and specifically, each and every, all and

27  singular, the allegations contained therein.

28  / / /

**DEFS ANSWE TO PLTF.'S COMPLAINT**
3:21-CV-01028

429222.2

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## V.    DAMAGES

17.    In answer to the allegations of Paragraph 17 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

18.    In answer to the allegations of Paragraph 18 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**(Violation of the 1st Amendment of the U.S.)**
*(Plaintiff against Does 1-25)*

19.    In answer to the allegations of Paragraph 19 of the complaint, Defendant incorporates its answers to every Paragraph of the complaint.

20.    In answer to the allegations of Paragraph 20 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

21.    In answer to the allegations of Paragraph 21 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

22.    In answer to the allegations of Paragraph 22 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

/ / /

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SECOND CAUSE OF ACTION
**(Fourth Amendment – Unlawful Detention/Arrest Under 42 U.S.C. Section 1983)**
*(Plaintiff against Does 1-25)*

23.     In answer to the allegations of Paragraph 23 of the complaint, Defendant incorporates its answers to every Paragraph of the complaint.

24.     In answer to the allegations of the first sentence of Paragraph 24 of the complaint, admitted. In answer to all remaining allegations to Paragraph 24 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

25.     In answer to the allegations of Paragraph 25 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## THIRD CAUSE OF ACTION
**(Fourth Amendment – Excessive Force under 42 U.S.C. Section 1983)**
*(Plaintiff against Does 1-25)*

26.     In answer to the allegations of Paragraph 26 of the complaint, Defendant incorporates its answers to every Paragraph of the complaint.

27.     In answer to the allegations of Paragraph 27 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

28.     In answer to the allegations of Paragraph 28 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

/ / /

/ / /

**DEFS ANSWE TO PLTF.'S COMPLAINT**
3:21-CV-01028

429222.2

1

2

**FOURTH CAUSE OF ACTION**
**(Battery – Violation of CALIFORNIA PENAL CODE §242)**
*(Plaintiff against CITY OF RICHMOND & Does 1-25)*

3

4

29.     In answer to the allegations of Paragraph 29 of the complaint, Defendant

incorporates its answers to every Paragraph of the complaint.

5

6

30.     In answer to the allegations of Paragraph 30 of the complaint, this Defendant has

7

insufficient information or belief to enable it to answer said allegations, and for that reason and

basing its denial on that ground, denies both generally and specifically, each and every, all and

8

singular, the allegations contained therein.

9

10

31.     In answer to the allegations of Paragraph 31 of the complaint, this Defendant has

insufficient information or belief to enable it to answer said allegations, and for that reason and

11

basing its denial on that ground, denies both generally and specifically, each and every, all and

12

singular, the allegations contained therein.

13

14

32.     In answer to the allegations of Paragraph 32 of the complaint, this Defendant has

insufficient information or belief to enable it to answer said allegations, and for that reason and

15

basing its denial on that ground, denies both generally and specifically, each and every, all and

16

singular, the allegations contained therein.

17

18

33.     In answer to the allegations of Paragraph 33 of the complaint, this Defendant has

insufficient information or belief to enable it to answer said allegations, and for that reason and

19

basing its denial on that ground, denies both generally and specifically, each and every, all and

20

singular, the allegations contained therein.

21

22

**FIFTH CAUSE OF ACTION**
**((Negligence)**
*(Plaintiff against CITY OF RICHMOND & Does 1-25)*

23

24

34.     In answer to the allegations of Paragraph 34 of the complaint, Defendant

incorporates its answers to every Paragraph of the complaint.

25

26

35.     In answer to the allegations of Paragraph 35 of the complaint, this Defendant has

27

insufficient information or belief to enable it to answer said allegations, and for that reason and

basing its denial on that ground, denies both generally and specifically, each and every, all and

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

6

**DEFS ANSWE TO PLTF.'S COMPLAINT**
3:21-CV-01028

429222.2

singular, the allegations contained therein.

36.     In answer to the allegations of Paragraph 36 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

37.     In answer to the allegations of Paragraph 37 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

38.     In answer to the allegations of Paragraph 38 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

### SIXTH CAUSE OF ACTION
### (Cal. Civ. Code §52.1 – Bane Act)
*(Plaintiff against CITY OF RICHMOND & Does 1-25)*

39.     In answer to the allegations of Paragraph 39 of the complaint, Defendant incorporates its answers to every Paragraph of the complaint.

40.     In answer to the allegations of Paragraph 40 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

41.     In answer to the allegations of Paragraph 41 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

42.     In answer to the allegations of Paragraph 42 of the complaint, this Defendant has insufficient information or belief to enable it to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**DEFS ANSWE TO PLTF.'S COMPLAINT**
3:21-CV-01028

429222.2

1    basing its denial on that ground, denies both generally and specifically, each and every, all and

2    singular, the allegations contained therein.

3         43.    In answer to the allegations of Paragraph 43 of the complaint, this Defendant has

4    insufficient information or belief to enable it to answer said allegations, and for that reason and

5    basing its denial on that ground, denies both generally and specifically, each and every, all and

6    singular, the allegations contained therein.

7         44.    In answer to the allegations of Paragraph 44 of the complaint, this Defendant has

8    insufficient information or belief to enable it to answer said allegations, and for that reason and

9    basing its denial on that ground, denies both generally and specifically, each and every, all and

10   singular, the allegations contained therein.

11        45.    In answer to the allegations of Paragraph 45 of the complaint, this Defendant has

12   insufficient information or belief to enable it to answer said allegations, and for that reason and

13   basing its denial on that ground, denies both generally and specifically, each and every, all and

14   singular, the allegations contained therein.

15        46.    In answer to the allegations of Paragraph 46 of the complaint, this Defendant has

16   insufficient information or belief to enable it to answer said allegations, and for that reason and

17   basing its denial on that ground, denies both generally and specifically, each and every, all and

18   singular, the allegations contained therein.

19                                        **DEMAND**

20        Defendant demands a Jury Trial.

21                              **FIRST AFFIRMATIVE DEFENSE**

22   AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

23        Plaintiff's causes of action are barred by laches.

24                             **SECOND AFFIRMATIVE DEFENSE**

25   AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

26   ALLEGES:

27        Plaintiff's causes of action are barred by unclean hands.

28   / / /

*ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP*
*180 Montgomery Street, Suite 1200*
*San Francisco, California 94104*

8                    **DEFS ANSWE TO PLTF.'S COMPLAINT**
                     3:21-CV-01028

429222.2

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**THIRD AFFIRMATIVE DEFENSE**

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Should plaintiff(s) recover non-economic damages against any Defendant, the liability for non-economic damages is limited to the degree of fault and several liability of said Defendant's pursuant to Civil Code section 1431.2 and a separate, several judgment shall be rendered against said Defendant based upon said Defendant's degree of fault and several liability.

**FOURTH AFFIRMATIVE DEFENSE**

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Defendant alleges that Plaintiff failed to set forth the facts sufficient to state a cause of action due to a failure to comply with claims requirements of the California Government Code §§ 900 et. seq.

**FIFTH AFFIRMATIVE DEFENSE**

AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Defendants is immune from Plaintiff's state-law causes of action pursuant to the provisions of §§ 815, 815.2, 818, 820.2, 820.4, 820.6, 820.8, 820.9, 821, 821.6, 844.6, 845, 845.2, and 845.6 of the Government Code of the State of California.

**SIXTH AFFIRMATIVE DEFENSE**

AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff was herself negligent and careless in and about the matters and events set forth in the complaint, and that said negligence contributed to Plaintiff's alleged injuries and/or damages. A verdict of the jury in favor of plaintiff, if any, which may be rendered in this case must therefore be reduced by the percentage that decedent's negligence contributed to the accident and injuries complained of, if any there were.

/ / /

/ / /

/ / /

/ / /

DEFS ANSWE TO PLTF.'S COMPLAINT
3:21-CV-01028

429222.2

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1    **SEVENTH AFFIRMATIVE DEFENSE**

2    AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

3    ALLEGES:

4        Plaintiff assumed the risk of any injuries and/or damages resulting from the matters set

5    forth in said complaint, and that said assumption of risk by decedent was a cause of the injuries

6    and/or damages alleged by her, if any there was.

7    **EIGHTH AFFIRMATIVE DEFENSE**

8    AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

9    ALLEGES:

10        Plaintiff failed to mitigate her damages.

11    **NINTH AFFIRMATIVE DEFENSE**

12    AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

13        Defendant is immune under Penal Code § 836.

14    **TENTH AFFIRMATIVE DEFENSE**

15    AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

16        Reasonable suspicion existed to detain Plaintiff.

17    **ELEVENTH AFFIRMATIVE DEFENSE**

18    AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

19    ALLEGES:

20        Probable cause existed to arrest Plaintiff.

21    **TWELFTH AFFIRMATIVE DEFENSE**

22    AS AND FOR AN TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

23    ALLEGES:

24        Individual defendant(s) are immune from 42 U.S.C. § 1983 liability pursuant to the

25    doctrine of qualified immunity. See White v. Pauly, 137 S. Ct. 548 (2017), Ashcroft v. al-Kidd,

26    563 U.S. 731 (2011) and Harlow v. Fitzgerald, 457 U.S. 800 (1982).

27    / / /

28    / / /

**DEFS ANSWE TO PLTF.'S COMPLAINT**
3:21-CV-01028

429222.2

1    WHEREFORE, Defendant pray that plaintiff take nothing by way of the complaint on file

2 herein and that Defendant has judgment for its costs, attorneys' fees and for such other and

3 further relief as the court deems proper.

4                                        Respectfully submitted,

5 Dated:  March 12, 2021                 ALLEN, GLAESSNER,
                                         HAZELWOOD & WERTH, LLP
6

7                                        By:  _/s/ Kevin P. Allen_____
                                              KEVIN P. ALLEN
8                                             kallen@aghwlaw.com
                                              Attorneys for Defendant
9                                             CITY OF RICHMOND

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**DEFS ANSWE TO PLTF.'S COMPLAINT**
3:21-CV-01028

429222.2